UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  JEFFREY R. ANDERSON            :       MISC. NO.
                                       :
                                       :       JUDGE KESSLER
                                       :
                                       :

## MOTION TO COMPEL TESTIMONY

The United States of America, by and through its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, respectfully moves this Court to issue an Order pursuant to the provisions of Title 18, United States Code, Sections 6002-6003, compelling Jeffrey R. Anderson to give testimony and provide other information, which he has refused to give and provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated in a deposition or during trial within this district or any other federal districts in connection with the United States Securities and Exchange Commission's civil action captioned Securities and Exchange Commission v. Charles Johnson, Jr., et al., (05-CV-00036)(GK) and in any further proceedings resulting therefrom or ancillary thereto (including interviews with attorneys and staff of the United States Securities and Exchange Commission), and respectfully alleges as follows:

1.     The witness, Jeffrey R. Anderson, has been subpoenaed to testify at a deposition in the civil action captioned Securities and Exchange Commission v. Charles Johnson, Jr., et al., (05-CV-00036)(GK) that is currently pending in this Court.  The witness has indicated that he will invoke his Fifth Amendment privilege and refuse to answer questions relating to violations of 15 U.S.C. §§ 78j(b), and 78m(b)(5), and 17 C.F.R. §§ 240.10b-5, 240.13b2-1, and 240.13b2-2, and related matters.

2. It is the judgment of the United States Attorney for the District of Columbia that the testimony of Jeffrey R. Anderson is necessary to the public interest, and accordingly, that this motion should be granted compelling his testimony pursuant to a grant of immunity.

3. The United States Attorney for the District of Columbia makes this request with the approval of Alice Fisher, Assistant Attorney General of the Criminal Division, United States Department of Justice pursuant, to the authority vested in her by 18 U.S.C. Sections 6002-6003 and 28 C.F. R. § 0.175(a). A true and correct copy of the approval is attached hereto and incorporated herein by reference.

WHEREFORE, the United States respectfully moves this Honorable Court to sign the attached Order compelling Jeffrey R. Anderson to directly and in a non-evasive manner answer in depositions and at trial in this District or other federal districts, in connection with the civil action captioned Securities and Exchange Commission v. Charles Johnson, Jr., et al., (05-CV-00036)(GK) and in any further proceedings resulting therefrom or ancillary thereto, such questions as may be propounded to him, and to produce evidence relating to all matters pertinent to the areas under inquiry in or in said further proceedings.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


By: _____/s/_____
        JONATHAN R. BARR
        ASSISTANT UNITED STATES ATTORNEY
        D.C. BAR NUMBER 437334
        555 Fourth Street, N.W.
        Room 5836
        Washington, D.C.  20530
        (202) 514-8316



**U.S. Department of Justice**

Criminal Division

---

Washington, D.C. 20530

OCT 10 2007

The Honorable Jeffrey A. Taylor
United States Attorney
District of Columbia
Washington, D.C. 20530

Attention:   Jonathan Barr
             Assistant United States Attorney

Re:   Securities and Exchange Commission v. Charles Johnson, Jr., et al. (05-CV-00036)(GK)

Dear Mr. Taylor:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Columbia for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Jeffrey R. Anderson to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General



Barry Sabin
Deputy Assistant Attorney General
Criminal Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  JEFFREY R. ANDERSON        :      MISC. NO.
:
:      JUDGE KESSLER
:
:

## ORDER

On Motion of Jeffrey A. Taylor, United States Attorney for the District of Columbia, filed in this matter on October 10, 2007; it appearing to the satisfaction of the Court:

1.     That Jeffrey R. Anderson has been called to testify or provide other information at a deposition in the civil action captioned <u>Securities and Exchange Commission v. Charles Johnson, Jr., et al.</u>, (05-CV-00036)(GK) pending in the United States District Court for the District of Columbia, and in any further proceedings resulting therefrom or ancillary thereto including interviews with agents and attorneys of the United States Securities and Exchange Commission; and

2.     That Jeffrey R. Anderson will refuse to testify and provide other information on the basis of his privilege against self-incrimination; and

3.     That in the judgment of the said United States Attorney, the testimony or other information from said Jeffrey R Anderson may be necessary to the public interest; and

4.     That the aforesaid Motion filed herein has been made with the approval of the Assistant Attorney General for the Department of Justice, pursuant to the authority conferred by 18 U.S.C. Sections 6002-6003 and 28 C.F.R. § 0.175(a);

NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. Sections 6002-6003 that the said Jeffrey R. Anderson give testimony and provide other information which he would otherwise refuse to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in any deposition in the civil action captioned <u>Securities and Exchange Commission v. Charles Johnson, Jr., et al.</u>, (05-CV-00036)(GK) and in any further proceedings resulting therefrom or ancillary thereto, including any trials and interviews with attorneys and staff of the United States Securities and Exchange Commission;

IT IS FURTHERED ORDERED THAT no such testimony or other information compelled under this Order (or any information directly and indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

IT IS FURTHER ORDERED THAT this Order shall become effective only if on or after the date of this Order Jeffrey R. Anderson refuses to testify or provide other information on the basis of his privilege against self-incrimination.

On this _____ day of October, 2007.

_____
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA